**CHEMICAL BANK NEW YORK TRUST COMPANY, Mary W. Fox and Lucy T. Wormhoudt, Co-executors of the Estate of Odell D. Tompkins, Deceased, Plaintiffs-Appellants,**

v.

**UNITED STATES of America, Defendant-Appellee.**

**No. 204, Docket 31449.**

United States Court of Appeals
Second Circuit.

Argued Dec. 5, 1967.

Decided Dec. 6, 1967.

---

* Hon. Robert F. Peckham, United States District Judge, San Francisco, California

Robert A. Klipstein, Bernays & Eisner, New York City, for plaintiffs-appellants.

Samuel M. Eisenstat, Irwin B. Robins, Asst. U. S. Attys., Robert M. Morgenthau, U. S. Atty., for defendant-appellee.

Before WATERMAN, MOORE and FRIENDLY, Circuit Judges.

PER CURIAM:

The judgment below is affirmed on the opinion of Judge Mansfield reported in 275 F.Supp. 26 (S.D.N.Y.1967).